# United States Bankruptcy Court
# District of Puerto Rico

IN RE:             Case No. **10-11029**

**FERRER CABAN, GILBERTO**     Chapter **13**
Debtor(s)

## BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

1. Gross Income For 12 Months Prior to Filing:     $ **68,777.00**

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

2. Gross Monthly Income:     $ **17,727.00**

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

| # | Item | Amount |
|---|------|--------|
| 3. | Net Employee Payroll (Other Than Debtor) | $ 1,600.00 |
| 4. | Payroll Taxes | $ |
| 5. | Unemployment Taxes | $ |
| 6. | Worker's Compensation | $ 60.00 |
| 7. | Other Taxes | $ 200.00 |
| 8. | Inventory Purchases (Including raw materials) | $ 7,000.00 |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | $ |
| 10. | Rent (Other than debtor's principal residence) | $ 1,800.00 |
| 11. | Utilities | $ 1,337.00 |
| 12. | Office Expenses and Supplies | $ |
| 13. | Repairs and Maintenance | $ 480.00 |
| 14. | Vehicle Expenses | $ 100.00 |
| 15. | Travel and Entertainment | $ |
| 16. | Equipment Rental and Leases | $ 231.00 |
| 17. | Legal/Accounting/Other Professional Fees | $ |
| 18. | Insurance | $ 125.00 |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | $ |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | $ |

21. Other (Specify):     $ **90.00**
    **WASTE DISPOSAL TO MUNICIPIO AGUAD**    90.00

22. Total Monthly Expenses (Add items 3-21)     $ **13,023.00**

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

23. **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)     $ **4,704.00**

---

**12/08/2010**     **/s/ GILBERTO FERRER CABAN**
Date                     Debtor            Joint Debtor (if applicable)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only