**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                    Case No. **10-11029**

**FERRER CABAN, GILBERTO**                      Chapter **13**
                                        Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **12/08/2004**                          ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION            Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **1,000.00** x **18** = $ **18,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

                TOTAL: $ **18,000.00**

Additional Payments:
$ **700,000.00** to be paid as a LUMP SUM within **18 months** with proceeds to come from:

☑ Sale of Property identified as follows:
**1000 SQ. MTS. LOT AT BO. BAJURA, PLAYA JOBOS, ISABELA PR, WITHIN 18 MONTHS OF FIING.**
☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

      PROPOSED BASE: $ **718,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ _____

Signed: **/s/ GILBERTO FERRER CABAN**
        Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
  # _____ # _____ # _____
  $ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BANCO POPULAR D** Cr. _____ Cr. _____
  # **8107** # _____ # _____
  $ **430,034.95** $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
  # _____ # _____ # _____
  $ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **BANCO SANTANDEI**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
  # _____ # _____ # _____
  $ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**1. IVU DEBT AND SPECIAL ASSESSMENT PROPERTY TAX OWED TO DEPTO. DE HACENDA WILL BE PAID IN-FULL THROUGH THE PLAN, AS A PRIORITY AND SECURED DEBTS, RESPECTIVELY.**

**2. RESIDUAL DEBT OWED TO EUROBANK / NOW ORIENTAL WILL BE PAID DIRECTLY, OUTSIDE THE PLAN.**

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES**      Phone: **(787) 282-9009**

**CHAPTER 13 PAYMENT PLAN**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | ANTONIA APONTE R | | |
| **Executory Contracts - Rejected:** | POPULAR AUTO | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only