# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-11029 MCF |
|---|---|
| GILBERTO FERRER CABAN | CHAPTER 13 |
| DEBTOR(S) | |

## INFORMATIVE MOTION
### (AMENDED SCHEDULE D, E & F)

**TO THE HONORABLE COURT:**

Come now(s) Debtor(s), represented by the undersigned attorney, and represents as follows:

1. Debtor(s) inform(s) of the filing of Amended Schedules A, C, D, I and J.

   a. Amended Schedule D: **to update creditors holding secured claims information.**

   b. Amended Schedule E: **to update creditors holding unsecured claims information.**

   c. Amended Schedule F: **to update creditors holding unsecured non priority claims information.**

**WHEREFORE** applicant(s) pray(s) from this Honorable Court to take notice and allow filing of the amended schedules.

**RESPECTFULLY SUBMITTED,**

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this

Case No. 10-11029 MCF
Page 2

paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification of such filing to all C/MECF participants in this case, including: Chapter 13 Trustee, and to the Assistant U.S. Trustee. Furthermore, I hereby certify that I mailed this document by First Class Mail postage prepaid to the non CM/ECF participants included in the attached master address list.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, December 9, 2010.

s/JOSE L. JIMENEZ QUINONES
José L. Jiménez Quiñones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009
FAX: 1 (866) 326-9416 & 787-282-2009
jljimenez11@gmail.com
jimenezlawoffice@gmail.com

B6D (Official Form 6D) (12/07)

IN RE FERRER CABAN, GILBERTO _____  Case No. **10-11029**
  Debtor(s)  (If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8107** <br> **BANCO POPULAR DE PR** <br> **P.O. BOX 362708** <br> **SAN JUAN, PR 00936-2708** | | | **FIRST AND SECOND MORTGAGE OVER PROPERTY LOCATED AT BARRIO BAJURA, ISABELA, PUERTO RICO OVER LOT OF 1,000.00 SQ. MTS. (PLAYA JOBOS) & CREDIT LINE LOANS: 2369672 (8801), 2369672 (9003), 2369672 (9004) AND 2369672 (9005).. PENDING FORCLOSURE. JUDGMENT** | | | | 430,034.95 | |
| ACCOUNT NO. | | | **ENTERED IN 10/21/2010 AND ENTERED IN STATE COURT'S ON 10/25/2010. INCLUDES $39,680.39 FROM INTERESTS.** <br><br> VALUE $ 700,000.00 | | | | | |
| ACCOUNT NO. <br> **LCDA GINA H. FERRER MEDINA** <br> **PO BOX 2342** <br> **MAYAGUEZ, PR 00681-2342** | | | **Assignee or other notification for:** <br> **BANCO POPULAR DE PR** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **2367** <br> **BANCO SANTANDER DE PR** <br> **P.O. BOX 362589** <br> **SAN JUAN, PR 00936-2589** | | | **RESIDENTIAL MORTGAGE, OPENED 2001-04. PRINCIPAL RESIDENTIAL PROPERTY. APARTMENT LOCATED AT WESTERNLAKE VILLAGES, AVE. 117 AVE. ALGARROBO, MAYAGUEZ, PR 00680. CONCRETE STRUCTURE CONSISTING OF 3 BEDROOMS, 2 BATHROOMS, LIVING-DINING ROOM, KITCHEN, LAUNDRY, BALCONY, AND 2 PARKING SPACES.** <br> VALUE $ 145,000.00 | | | | 12,806.00 | |
| **1** continuation sheets attached | | | Subtotal (Total of this page) | | | | $ 442,840.95 | $ |
| | | | Total (Use only on last page) | | | | $ <br> (Report also on Summary of Schedules.) | $ <br> (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE FERRER CABAN, GILBERTO      Case No. **10-11029**
       Debtor(s)                               (If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4006<br>R & G MORTGAGE CORPORATION<br>P.O. BOX 362394<br>SAN JUAN, PR 00936-2394 | | | FORECLOSED 10/27/2010 DATE OF 3RD PUBLIC AUCTION SALE. AMOUNT OF SALE OR ADJUDICATION IS UNKNOWN. ONE FAMILY UNIT RESIDENTIAL PROPERTY LOCATED AT CARR. #462 INT. #110, BO. CAIMITAL, AGUADILLA. PR.<br>VALUE $ | | | | unknown | |
| ACCOUNT NO.<br>BANCO POPULAR MORTGAGE<br>MORTGAGE SERVICING DIVISION<br>PO BOX 71375<br>SAN JUAN, PR | | | Assignee or other notification for:<br>R & G MORTGAGE CORPORATION<br>VALUE $ | | | | | |
| ACCOUNT NO.<br>R & G MORTGAGE CORPORATION<br>DIVISION LEGAL<br>EDIF. VIG TOWER, 1225 PONCE DE LEON AVE.<br>SANTURCE, PR 00907 | | | Assignee or other notification for:<br>R & G MORTGAGE CORPORATION<br>VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $     $

Total (Use only on last page) **$ 442,840.95** $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

IN RE **FERRER CABAN, GILBERTO**                                    Case No. **10-11029**
_____                   _____
                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1** continuation sheets attached

B6E (Official Form 6E) (04/10) Cont.

Case:10-11029-EAG13   Doc#:19   Filed:12/09/10   Entered:12/09/10 11:38:55   Desc: Main
Document   Page 6 of 11

IN RE FERRER CABAN, GILBERTO
Debtor(s)

Case No. 10-11029
(If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4722  CRIM  P.O. BOX 195387  SAN JUAN, PR 00918-5387 | | | PROPERTY TAXES (PERSONAL AND REALTY). AMOUNT OF CLAIM IS UNKNOWN AT PRESENT. IT WILL BE PROVIDED UPON KNOWLEDGE. | | | | 1.00 | 1.00 | |
| ACCOUNT NO. 4722  DEPARTAMENTO DE HACIENDA  BANKRUPTCY SECTION  PO BOX 9024140  SAN JUAN, PR 00902 | | | STATE TAXES OWED: SALES TAXES (IVU)...$12,091.78 SPECIAL PROPERTY TAX ASSESSMENT(HACIENDA/CRIM) ...$349.01. | | | | 12,440.79 | 12,440.79 | |
| ACCOUNT NO. 4722  INTERNAL REVENUE SERVICES  P.O. BOX 16236  PHILADELPHIA, PA 19114-0236 | | | FEDERAL TAXES OWED (SOCIAL SECURITY, MEDICARE, OTHER). ESTIMATED, SUBJECT TO ASSESSMENT BY IRS. | | | | 8,501.00 | 2,501.00 | 6,000.00 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ 20,942.79 | $ 14,942.79 | $ 6,000.00

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ 20,942.79

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ 14,942.79 | $ 6,000.00

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE FERRER CABAN, GILBERTO
Debtor(s)

Case No. **10-11029**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>BALLESTER HERMANOS<br>PO BOX 364548<br>SAN JUAN, PR 00936-4548 | | | ESTIMATED DEBTO OWED BY 2008_SUPPLIER OF GOODS FOR DEBTOR'S BUSINESS. | | | | 6,000.00 |
| ACCOUNT NO. 2666<br>BANCO POPULAR DE PR<br>P.O. BOX 362708<br>SAN JUAN, PR 00936-2708 | | | Revolving account opened 2000-08- AMERICAN EXPRESS CREDIT CARD | | | | 29,586.00 |
| ACCOUNT NO. 8104<br>BANCO POPULAR DE PR<br>P.O. BOX 362708<br>SAN JUAN, PR 00936-2708 | | | Creditline account opened 2001-05 | | | | 10,000.00 |
| ACCOUNT NO. 7144<br>BANCO POPULAR DE PR<br>P.O. BOX 362708<br>SAN JUAN, PR 00936-2708 | | | Revolving account opened 1998-01/ VISA CREDIT CARD | | | | 18,437.00 |

_2_ continuation sheets attached

Subtotal (Total of this page) $ 64,023.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

Case:10-11029-EAG13   Doc#:19   Filed:12/09/10   Entered:12/09/10 11:38:55   Desc: Main
Document   Page 8 of 11

IN RE FERRER CABAN, GILBERTO  
Debtor(s)

Case No. 10-11029  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1074<br>CENTENNIAL<br>PO BOX 71514<br>SAN JUAN, PR 00936 | | | Open account opened 2005-11 | | | | 1,803.00 |
| ACCOUNT NO. 5523<br>CHASE<br>PO BOX 15298<br>Wilmington, DE 19850 | | | Revolving account opened 2007-08 | | | | 423.00 |
| ACCOUNT NO. 5025<br>CITIFINANCIAL<br>BSP 13A 300 SAINT PAUL PLA<br>BALTIMORE, MD 21202 | | | Revolving account opened 2003-11 | | | | 2,238.00 |
| ACCOUNT NO. 7971<br>ENHANCED RECOVERY CO<br>10550 DEERWOOD PARK BLVD<br>JACKSONVILLE, FL 32256 | | | Open account opened 2010-04 | | | | 71.00 |
| ACCOUNT NO.<br>DISH NETWORK<br>PO BOX 105169<br>ATLANTA, GA 30348-5169 | | | Assignee or other notification for:<br>ENHANCED RECOVERY CO | | | | |
| ACCOUNT NO. 1539<br>EUROBANK<br>PONCE DE LEON NATIONAL PLAZA<br>HATO REY, PR 00921 | | | OPENED 2005-04_05 BMW 330_LEASE. TO LIFT THE STAY STAY IN FAVOR OF CREDITOR. | | | | 40,524.00 |
| ACCOUNT NO. 6203<br>GEMB/SAMS<br>PO BOX 981400<br>EL PASO, TX 79998 | | | OPENED 05/2003_TWO REVOLVING CREDITO ACCOUNTS. LAST USED 09/2005 AND 12/2008, RESPECTIVELY. | | | | 6,177.70 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 51,236.70

Total  
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE FERRER CABAN, GILBERTO
Debtor(s)

Case No. 10-11029
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MONARCH RECOVERY MANAGEMENT<br>10965 DECATOUR ROAD<br>PHILADELPHIA, PA 19154 | | | Assignee or other notification for:<br>GEMB/SAMS | | | | |
| ACCOUNT NO.<br>MAR Y TIERRA<br>RRT IMPORTS, CORP.<br>PMB #363, 1353 CALLE 19<br>GUAYNABO, PR 00966 | | | ESTIMATED DEBT AS OF 2008. FOOD SUPPLIER FOR DEBTOR'S BUSINESS. | | | | 3,000.00 |
| ACCOUNT NO. 9789<br>POPULAR LEASING<br>PO BOX 363228<br>SAN JUAN, PR 00936-3228 | | | INSTALLEMENT ACCOUNT OPENED 2007-09. '06 TOYOTA YARIS IN POSSESSION OF DAUTHER. ACCOUNT IS CURRENT. STAY TO BE LIFTED. | | | | 7,339.00 |
| ACCOUNT NO. 7344<br>RG PREMIER BANK<br>PO BOX 2510<br>GUAYNABO, PR 00970 | | | Revolving account opened 2008-03 | | | | 20,851.00 |
| ACCOUNT NO. 5719<br>RG PREMIER BANK<br>POB 2510<br>GUAYNABO, PR 00970 | | | Installment account opened 2004-01 | | | | 7,004.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 38,194.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 153,453.70

IN RE FERRER CABAN, GILBERTO _____ Case No. **10-11029** _____
                Debtor(s)                                                               (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _**7**_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 9, 2010** _____ Signature: **/s/ GILBERTO FERRER CABAN** _____
                                                             **GILBERTO FERRER CABAN**
                                                                                                       Debtor

Date: _____ Signature: _____
                                                                                                            (Joint Debtor, if any)
                                                                    [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____            _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____            _____
Signature of Bankruptcy Petition Preparer                                                                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ Signature: _____
                                                                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

FERRER CABAN GILBERTO
PO BOX 1972
AGUADILLA PR 00605

CRIM
PO BOX 195387
SAN JUAN PR 00918-5387

POPULAR AUTO
PO BOX 363228
SAN JUAN PR 00936-0228

JIMENEZ - QUINONES LAW OFFICES
268 PONCE DE LEON STE 1118
SAN JUAN PR 00918-2007

DEPARTAMENTO DE HACIENDA
BANKRUPTCY SECTION
PO BOX 9024140
SAN JUAN PR 00902

POPULAR LEASING
PO BOX 363228
SAN JUAN PR 00936-3228

ANTONIA APONTE ROSA
C/O HAPPY BELLY'S
CARR 4466 KM50 BO BAJURA
ISABELA PR 00662

DISH NETWORK
PO BOX 105169
ATLANTA GA 30348-5169

R & G MORTGAGE CORPORATION
PO BOX 362394
SAN JUAN PR 00936-2394

BALLESTER HERMANOS
PO BOX 364548
SAN JUAN PR 00936-4548

ENHANCED RECOVERY CO
10550 DEERWOOD PARK BLVD
JACKSONVILLE FL 32256

R & G MORTGAGE CORPORATION
DIVISION LEGAL
EDIF VIG TOWER 1225 PONCE DE LEON AVE
SANTURCE PR 00907

BANCO POPULAR DE PR
PO BOX 362708
SAN JUAN PR 00936-2708

EUROBANK
PONCE DE LEON NATIONAL PLAZA
HATO REY PR 00921

RG PREMIER BANK
PO BOX 2510
GUAYNABO PR 00970

BANCO SANTANDER DE PR
PO BOX 362589
SAN JUAN PR 00936-2589

GEMB/SAMS
PO BOX 981400
EL PASO TX 79998

RG PREMIER BANK
POB 2510
GUAYNABO PR 00970

CENTENNIAL
PO BOX 71514
SAN JUAN PR 00936

INTERNAL REVENUE SERVICES
PO BOX 16236
PHILADELPHIA PA 19114-0236

TREASURY SECRETARY
DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140

CHASE
PO BOX 15298
WILMINGTON DE 19850

LCDA GINA H FERRER MEDINA
PO BOX 2342
MAYAGUEZ PR 00681-2342

CITIFINANCIAL
BSP 13A 300 SAINT PAUL PLA
BALTIMORE MD 21202

MAR Y TIERRA
RRT IMPORTS CORP
PMB #363 1353 CALLE 19
GUAYNABO PR 00966

CRIM
PO BOX 195387
SAN JUAN PR 00918-5387

MONARCH RECOVERY MANAGEMENT
10965 DECATOUR ROAD
PHILADELPHIA PA 19154